# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

June 21, 2011

Lyle W. Cayce
Clerk

No. 10-20596
Conference Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

TRANSITO VILLEGAS-VALDEZ, also known as Transito Villegas, also known
as Transito Villegas Valdez, also known as Transito Valdez Villegas, also known
as Victor Villegas,

Defendant-Appellant

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:10-CR-153-1

Before JONES, Chief Judge, and STEWART and SOUTHWICK, Circuit Judges.

PER CURIAM:[*]

Transito Villegas-Valdez pleaded guilty to being illegally present in the
United States following deportation. The district court imposed a below-
guidelines sentence of 51 months in prison, taking into account the time
Villegas-Valdez had served in state custody. Villegas-Valdez appeals,
contending that the lack of a fast-track disposition program in the Houston

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not
be published and is not precedent except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

No. 10-20596

Division of the Southern District of Texas results in an unwarranted disparity between his sentence and the sentences of those convicted in divisions and districts having such programs. He maintains that such a disparity makes his sentence unreasonable. As he concedes, his argument is foreclosed by our decision in *United States v. Gomez-Herrera*, 523 F.3d 554, 562-63 (5th Cir. 2008), and he raises it only to preserve it for further review. Consequently, the judgment of the district court is AFFIRMED.